UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREVOR BURKE, <br><br> Plaintiff, <br><br> v. <br><br> CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., <br><br> Defendant. | 23-CV-2111 (DEH) <br><br> <u>ORDER</u> |

DALE E. HO, United States District Judge:

On May 7, 2024, the Court held a status conference. As discussed in the conference, the Court will refer this matter for settlement discussions before the assigned Magistrate Judge by separate order. Within **seven (7) days** of the settlement conference, the parties shall file a joint status letter providing a status on settlement. If Defendant still anticipates filing a motion for summary judgment, the parties shall propose a briefing schedule for the anticipated motion.

On February 12, 2024, the Court stayed this matter for Plaintiff to retain replacement counsel. *See* ECF No. 21. New counsel for Plaintiff filed a notice of appearance on April 12, 2024, and attended the May 7, 2024 conference. *See* ECF No. 22.

Accordingly, the stay order is **VACATED,** and the stay is **LIFTED**.

SO ORDERED.

Dated: May 7, 2024
New York, New York

_____
DALE E. HO
United States District Judge