```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

TREVOR BURKE,

                          **Plaintiff,**

        -against-

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,

                          **Defendant.**

```
-----------------------------------------------------------------X
```

23-CV-02111 (DEH)(SN)

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/2024

**SARAH NETBURN, United States Magistrate Judge**:

      On Tuesday, May 7, 2024, the Honorable Dale E. Ho assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the email, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:    May 10, 2024
               New York, New York