UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TREVOR BURKE,

                Plaintiff,

      - against -

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.,

                Defendant.
------------------------------------------------------------------x

23-CV-02111 (PGG)

**DECLARATION OF
DONALD FOX**

I, Donald Fox, declare that the following is true and correct:

1.     I have been employed by Consolidated Edison Company of New York, Inc. ("Con Edison" or the "Company") for the last 47 years. My expected retirement date is May 31, 2023. Most of my career has been in Gas Operations. From 1997 to the present, I have been employed as a Gas Troubleshooter or Mechanic A in Bronx Gas Operations GDS Field Operations.

2.     As a Gas Troubleshooter, and before that a Mechanic A, I worked in the Meter Group of Bronx GDS Field Operations. The work mostly involves delivering, installing, and replacing gas meters for Con Edison customers. The work has always required lifting and carrying meters, equipment, and tools that weigh more than 25 pounds. The job is fairly strenuous, similar to that of a plumber, and cannot be done by someone who is unable to lift or carry more than 25 pounds.

3.     In the first half of 2021, I had medical issues that caused me to take a lengthy leave of absence from work. I returned to work in July 2021, with two medical restrictions – (i) no driving and (ii) no working in the field independently (*i.e.*, alone). Con Edison accommodated these restrictions by having me focus on the large meter work that requires a two-person team (due to the size and weight of the meters).

4.   Since my return to work in July 2021, I have been teamed up with a partner, John Markovic, who does all the driving. However, other aspects of the job have remained the same – including the heavy lifting and carrying. During this time (July 2021 to the present), I have not had any restrictions on the amount of weight that I can lift or carry. I have continued to do my job, as before the restrictions, except that I no longer drive or work alone in the field. In the typical work week, I lift and carry more than 25 pounds on a regular basis.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May __31__, 2023

_____
DONALD FOX