UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREVOR BURKE,<br><br>      Plaintiff,<br><br>   v.<br><br>CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,<br><br>      Defendant. | 23-CV-2111 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  The Court is in receipt of the email, attached below, from Defendant Consolidated Edison. Defendant may use the following link to upload the video as Exhibit B to the Declaration of Robert A. Kulpa (ECF No. 41):

https://web.nysd.uscourts.gov/public/folder/8q9s8msb5kufpey_hzprtq/8q9s8msb5kufpey_hzprtq.

The Court will share the password separately via email. By **September 23, 2024**, Defendant shall file on ECF proof of service.

  SO ORDERED.

Dated: September 19, 2024
   New York, New York

                     DALE E. HO
                    United States District Judge

## Ho NYSD Chambers

| | |
|---|---|
| **From:** | Limmiatis, Paul - LAW <LIMMIATISP@coned.com> |
| **Sent:** | Friday, September 13, 2024 1:53 PM |
| **To:** | Ho NYSD Chambers |
| **Subject:** | No. 23-CV-02111 (DEH) - Burke v. Consolidated Edison Company of New York, Inc. |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION - EXTERNAL:**

Good afternoon,

Defendant Consolidated Edison shortly will be filing its Motion for Summary Judgment. One of the Declaration exhibits – Exhibit B to the Declaration of Robert A. Kulpa, is a short video in Windows Media Player format. Please send me a link to which I may upload the video exhibit.

Thank you.

The foregoing is a privileged and confidential attorney/client or attorney/attorney communication. If you are not the intended recipient, please return it to me (without reading, copying or sharing it with anyone else) at once.

Paul Limmiatis
Associate Counsel
Con Edison Law Department
4 Irving Place, Rm. 18-119
New York, New York 10003
(914) 837-5456
limmiatisp@coned.com

This communication is from the Law Department of Consolidated Edison Company of New York, Inc. and may contain confidential and privileged information. If you are not the intended recipient, please contact the sender by reply e-mail and delete this communication.

INTERNAL

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.