UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TREVOR BURKE,

                                      **Plaintiff,**

                      -against-

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,

                                     **Defendant.**

------------------------------------------------------------X

23-CV-02111 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      On Friday, September 26, 2025, the Honorable Dale E. Ho assigned this matter to my docket for settlement. By Monday, October 6, 2025, the parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     September 29, 2025
                New York, New York