UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trevor Burke,

          Plaintiff,

v.

Consolidated Edison Company of New York, Inc.,

          Defendant.

23-CV-2111 (DEH)

ORDER

DALE E. HO, United States District Judge:

    In light of the settlement conference before Magistrate Judge Sarah Netburn scheduled for December 18, 2025 (*see* ECF No. 71), the case management conference previously scheduled for October 7, 2025 is cancelled. The parties are directed to update the undersigned on the status of settlement no later than **December 23, 2025**.

SO ORDERED.

Dated: October 6, 2025
       New York, New York

                                          DALE E. HO
                               United States District Judge