**MEMO ENDORSED**

# Morgan Lewis

**Hanna E. Martin**
Associate
+1.212.309.6716
hanna.martin@morganlewis.com

March 2, 2026

**VIA ECF**

Honorable Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application **GRANTED**.  The final pretrial conference currently scheduled for April 14, 2026 is hereby **ADJOURNED**  to April 22, 2026 at 12:00 p.m.  The conference will take place in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

The Clerk of Court is respectfully directed to close ECF No. 83.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: March 3, 2026
New York, New York

Re:   Burke v. Consolidated Edison Company of New York, Inc., No. 23cv2111

Honorable Judge Ho:

Our firm represents Defendant Consolidated Edison Company of New York, Inc. in the above-referenced matter.  We write with the consent of Plaintiff's counsel to request an adjournment of the Final Pretrial Conference in the above-referenced matter, currently scheduled for April 14, 2026 at 10:00 a.m., which is the parties' next scheduled appearance before the Court.  This is Defendant's first request for an adjournment of this conference.

This request is made because the undersigned (who, along with Lincoln O. Bisbee, Esq., was recently retained for purposes of the trial of this matter) has a calendar conflict which requires her to be present in San Francisco, CA on the current date and time for the conference.  Specifically, the undersigned will be engaged in an arbitration before the Financial Industry Regulatory Authority ("FINRA"), which was scheduled prior to the undersigned's retention in this matter.

Counsel for Defendant has conferred with counsel for Plaintiff, and the parties can be available for a rescheduled conference anytime between 11 a.m. and 5 p.m. on April 21, 22, or 23.

For the foregoing reasons, Defendant respectfully requests that the final pretrial conference be adjourned to one of these mutually agreeable dates and times.  We thank the Court in advance for its consideration of this request.

Sincerely,

/s/ Hanna E. Martin
Hanna E. Martin

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060
United States

**T** +1.212.309.6000
**F** +1.212.309.6001