UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trevor Burke,

                    Plaintiff,

           v.

Consolidated Edison Company of New York,

                    Defendant.

23-CV-2111 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of Defendant's Motion to Strike, ECF No. 94, and Plaintiff's response in opposition, ECF No. 95.  On March 13, 2026, the parties filed Cross-Motions in Limine.  ECF Nos. 86, 87.  Both parties filed Memoranda of Law in Opposition.  ECF No. 91, 92.  Plaintiff has also filed a Reply Memorandum in support of his Motion in Limine.  ECF No. 93.  Defendant has moved to strike Plaintiff's Reply.  As Defendant notes, this Court's Individual Rules do not permit reply briefs to Motions in Limine absent leave of the Court.  Individual Rules and Practices in Civil Cases 5(b)(i), 5(f)(i).  Accordingly, Defendant's Motion to Strike Plaintiff's Reply Memorandum is **GRANTED**.

The Clerk of Court is respectfully directed to close ECF No. 94 and to strike ECF No. 93.

SO ORDERED.

Dated: April 3, 2026
       New York, New York

_____
        DALE E. HO
United States District Judge