UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Burke,<br><br>                    Plaintiff,<br><br>          v.<br><br>Consolidated Edison Co. of New York,<br>                    Defendant. | 23-CV-2111 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The final pretrial conference scheduled April 22, 2026 at 12 P.M. is hereby converted to a status conference. The conference will be held via Microsoft Teams to address Plaintiff's motion for leave to amend the JPTO, ECF No. 97, and Defendant's Motion for Protective Order, ECF No. 99. The parties should dial in to the conference by calling (646) 453-4442 and entering the Phone Conference ID: 523 074 649, followed by the pound (#) sign.

The final pretrial conference in this case will be held on **May 6, 2026** at **1 P.M.** in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:  April 15, 2026
        New York, New York

_____
            DALE E. HO
    United States District Judge