UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Burke,

                         Plaintiff(s),

            v.                                                    23-CV-2111 (DEH)

Consolidated Edison Company of New York,                          ORDER

                         Defendant(s).

DALE E. HO, United States District Judge:

    A conference was held in this matter on April 22, 2026.  For reasons stated on the record, the Court ruled that Plaintiff can advance any theories with respect to his remaining failure-to-accommodate claim with respect to any clerical positions.  Additionally, the parties shall submit an amended Joint Pretrial Order by **April 27, 2026**.  Any amendments shall be limited to the inclusion of Joel Pacheco as a witness, and any documents or additional witnesses related to his anticipated testimony.  Defendant shall file any additional Motion in Limine with respect to Mr. Pacheco by **April 30, 2026**.  Oppositions shall be filed by **May 4, 2026**.  Defendant's motion for a protective order is **GRANTED in part** and **DENIED in part**.  Plaintiff may not depose their witness Gary Young via video testimony; any testimony shall be live and in person at trial.  The Court reserves judgment on the issue of the admissibility of Gary Young's testimony.  Finally, Plaintiff and Defendant agreed to cooperate in good faith with respect to the subpoenas for witnesses Joel Pacheco and Stephanie Barnhart, so Plaintiff's request is **DENIED as moot**.  Likewise, Plaintiff's motion with respect to the sufficiency of service of the trial subpoena on Robert Griffin is premature and **DENIED as moot**.

    The Clerk of Court is respectfully directed to terminate ECF Nos. 97 and 99.

SO ORDERED.

Dated: April 22, 2026
      New York, New York

                        DALE E. HO
              United States District Judge