UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREVOR BURKE,

                Plaintiff,

        v.

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,

                Defendant.

23-CV-2111 (DEH)

ORDER

DALE E. HO, United States District Judge:

In accordance with the jury's verdict entered on May 15, 2026, the Clerk of Court is respectfully directed to enter judgment on the claims in the Plaintiff's Complaint, *see* ECF No. 1, as follows and then close the case:

- In favor of Defendant on Plaintiff's first claim of discrimination under the Americans with Disabilities Act.

- In favor of Defendant on Plaintiff's third claim of discrimination under the New York State Human Rights Law.

- In favor of Defendant on Plaintiff's fourth claim of discrimination under the New York City Human Rights Law.

SO ORDERED.

Dated: May 18, 2026
      New York, New York

_____
          DALE E. HO
      United States District Judge