UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREVOR BURKE,<br><br>                Plaintiff,<br><br>      -against-<br><br>CONSOLIDATED EDISON COMPANY OF<br>NEW YORK, INC.,<br><br>                Defendant. | 23 CIVIL 2111 (DEH)<br><br>**<u>JUDGMENT</u>** |

It is hereby ORDERED, ADJUDGED AND DECREED:  That after a Jury Trial before the Honorable Dale E. Ho, United States District Judge, the jury having returned a verdict in favor of Defendant on the claims in the Plaintiff's Complaint. In favor of Defendant on Plaintiff's first claim of discrimination under the Americans with Disabilities Act. In favor of Defendant on Plaintiff's third claim of discrimination under the New York State Human Rights Law. In favor of Defendant on Plaintiff's fourth claim of discrimination under the New York City Human Rights Law. Accordingly, the case is closed.

**Dated:**   New York, New York
           May 19, 2026

                                **TAMMI M. HELLWIG**
                                **Clerk of Court**

**BY:**

                                **Deputy Clerk**